IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN FLANDER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-12-CV-0526-M |
| | § | |
| TEXAS WORKFORCE COMMISSION, ET AL. | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed a one page document labeled "Objection," attaching various other documents not drafted by her, but never specifically objecting to the Findings, Conclusions and Recommendation of Magistrate Judge Jeff Kaplan. The District Court has made a *de novo* review of the proposed Findings, Conclusions and Recommendation. The "Objection" is overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. In light of that, Plaintiff's Motion to Compel, filed April 2, 2012, is DENIED.

Additionally, the Clerk of Court is directed to UNFILE from the docket in this case Plaintiff's Motion to Compel, filed April 2, 2012, which describes Case No. 3:12-CV-0525-B in the body of the pleading, and docket it in Case No. 3:12–CV-0525-B.

SO ORDERED this 11th day of April, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS